Kaiwen Tseng (193756)
ktseng@ftklaw.com
100 Marine Parkway, Suite 200
Redwood Shores, CA 94065
Telephone: (650) 593-6300

Hsiang "James" H. Lin (SBN 241472)
jlin@techknowledgelaw.com
**TECHKNOWLEDGE LAW GROUP LLP**
1521 Diamond Street
San Francisco, CA 94131
Telephone: (415) 816-9525

James B. Baldinger (*pro hac vice*)
jbaldinger@carltonfields.com
David B. Esau (*pro hac vice*)
desau@carltonfields.com
**CARLTON FIELDS, P.A.**
CityPlace Tower
525 Okeechobee Boulevard, Suite 1200
West Palm Beach, Florida 33401-6350
Telephone: (561) 659-7070

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE OPTICAL DISK DRIVE ANTITRUST LITIGATION | Master File No. 3:10-md-2143 RS |
| | MDL Docket No. M 10-2143 |
| This Document Relates to | |
| Case No. 5:13-cv-04991-RS | **JOINT STIPULATION AND [PROPOSED] ORDER REGARDING EXTENSION OF TIME TO RESPOND TO COMPLAINT AND WAIVER OF SERVICE** |
| ACER INC.; ACER AMERICA CORPORATION; GATEWAY, INC.; AND GATEWAY U.S. RETAIL, INC., F/K/A EMACHINES, INC. | |
| Plaintiffs, | Judge Richard Seeborg |
| vs. | |
| LITE-ON IT CORPORATION; NEC CORPORATION; KONINKLIJKE PHILIPS ELECTRONICS N.V.; PHILIPS & LITE-ON DIGITAL SOLUTIONS CORPORATION; PHILIPS | |

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7<br>8<br>9<br>10 | & LITE-ON DIGITAL SOLUTIONS USA, INC.; PIONEER CORPORATION; PIONEER DIGITAL DESIGN & MANUFACTURING COMPANY; PIONEER ELECTRONICS (USA) INC.; PIONEER HIGH FIDELITY TAIWAN CO., LTD.; PIONEER NORTH AMERICA, INC.; SAMSUNG ELECTRONICS AMERICA, INC.; SAMSUNG ELECTRONICS CO., LTD.; SONY CORPORATION; SONY ELECTRONICS INC.; SONY NEC OPTIARC INC.; SONY OPTIARC AMERICA INC.; SONY OPTIARC INC.; TOSHIBA AMERICA INFORMATION SYSTEMS, INC.; TOSHIBA CORPORATION; TOSHIBA SAMSUNG STORAGE TECHNOLOGY CORPORATION; TOSHIBA SAMSUNG STORAGE TECHNOLOGY KOREA CORPORATION,<br><br>                    Defendants. |

WHEREAS, Acer Inc., Acer America Corporation, Gateway, Inc., and Gateway U.S. Retail, Inc. f/k/a EMachines, Inc. ("Acer") filed a complaint on October 25, 2013 (the "Complaint") against the above-named Defendants;

WHEREAS, certain Defendants were served with the Complaint in early December 2013, and their responses are currently due, at various times, no earlier than December 26, 2013;

WHEREAS, Acer intends to file an Amended Complaint within approximately the next thirty days;

WHEREAS, Acer wishes to avoid the burden and expense of serving process on foreign entities; and

WHEREAS, Defendants desire a reasonable amount of time to respond to the Amended Complaint, and wish to avoid the necessity of responding to the original Complaint;

NOW, THEREFORE, it is stipulated by and between the undersigned parties, by their representative attorneys, that:

1.  Undersigned Counsel of BAKER BOTTS LLP agree to accept service of the complaint in *Acer* v. *Lite-On IT Corporation, et al.*, Case No. 5:13-cv-04991-RS, on behalf of Defendants Lite-On IT Corporation, Koninklijke Philips Electronics N.V., and Philips & Lite-On Digital Solutions Corporation. Defendants Lite-On IT Corporation, Koninklijke Philips Electronics N.V., Philips & Lite-On Digital Solutions Corporation, and Philips & Lite-On Digital Solutions

USA, Inc. (collectively, the "PLDS Defendants") shall have until Wednesday, March 26, 2014 to file a response to the Complaint.  If Acer amends its Complaint, the PLDS Defendants shall have until either 60 days from the date of amendment, or March 26, 2014, whichever is later, to respond to the Amended Complaint.  This stipulation does not constitute a waiver by the PLDS Defendants of any defense, including but not limited to those defenses provided under Federal Rule of Civil Procedure 12.

2. Undersigned Counsel of LATHAM & WATKINS LLP agree to accept service of the complaint in *Acer* v. *Lite-On IT Corporation, et al*., Case No. 5:13-cv-04991-RS, on behalf of Defendants Toshiba Corporation ("Toshiba Corp."), Toshiba Samsung Storage Technology Corporation ("TSST"), and Toshiba Samsung Storage Technology Korea Corporation ("TSSTK"). Defendants Toshiba Corp., TSST, TSSTK, and Toshiba America Information Systems, Inc. ("TAIS") shall have until Wednesday, March 26, 2014 to file a response to the Complaint.  If Acer amends its Complaint, the Toshiba Defendants shall have until either 60 days from the date of amendment, or March 26, 2014, whichever is later, to respond to the Amended Complaint.  This stipulation does not constitute a waiver by any of Toshiba Corp., TSST, TSSTK or TAIS of any defense, including but not limited to those defenses provided under Federal Rule of Civil Procedure 12.

3. Undersigned Counsel of O'MELVENY & MYERS LLP agree to accept service of the complaint in *Acer* v. *Lite-On IT Corporation, et al*., Case No. 5:13-cv-04991-RS, on behalf of Defendant Samsung Electronics Co., Ltd.  Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. (collectively, the "Samsung Defendants") shall have until Wednesday, March 26, 2014 to file a response to the Complaint. If Acer amends its Complaint, the Samsung Defendants shall have until either 60 days from the date of amendment, or March 26, 2014, whichever is later, to respond to the Amended Complaint.  This stipulation does not constitute a waiver by the Samsung Defendants of any defense, including but not limited to those defenses provided under Federal Rule of Civil Procedure 12.

4. Undersigned Counsel of JONES DAY agree to accept service of the complaint in *Acer* v. *Lite-On IT Corporation, et al*., Case No. 5:13-cv-04991-RS, on behalf of Defendants Pioneer

Corporation, Pioneer High Fidelity Taiwan Co., Ltd., and Pioneer Digital Design & Manufacturing Company.  Defendants Pioneer Corporation, Pioneer High Fidelity Taiwan Co., Ltd., Pioneer Digital Design & Manufacturing Company, Pioneer Electronics (USA) Inc., and Pioneer North America, Inc. (collectively, the "Pioneer Defendants") shall have until Wednesday, March 26, 2014 to file a response to the Complaint. If Acer amends its Complaint, the Pioneer Defendants shall have until either 60 days from the date of amendment, or March 26, 2014, whichever is later, to respond to the Amended Complaint.  This stipulation does not constitute a waiver by the Pioneer Defendants of any defense, including but not limited to those defenses provided under Federal Rule of Civil Procedure 12.

5. Defendants Sony Corporation, Sony Optiarc Inc., and Sony NEC Optiarc Inc. agree to waive service of the Complaint, and Acer will mail a copy of the Complaint to them via certified mail or United Parcel Service, addressed and delivered to a designated individual in the Sony Corporation Legal Department in Japan. Defendants Sony Corporation, Sony Optiarc Inc., Sony NEC Optiarc, Inc., Sonly Optiarc America Inc., and Sony Electronics Inc. (collectively, the "Sony Defendants") shall have until Wednesday, March 26, 2014 to file a response to the Complaint. If Acer amends its Complaint, the Sony Defendants shall have until either 60 days from the date of amendment, or March 26, 2014, whichever is later, to respond to the Amended Complaint.  This stipulation does not constitute a waiver by the Sony Defendants of any defense, including but not limited to those defenses provided under Federal Rule of Civil Procedure 12.

Respectfully submitted,

Dated: December 23, 2013  **CARLTON FIELDS, P.A.**

By: */s/ David B. Esau*
    DAVID B. ESAU (*pro hac vice*)
    CityPlace Tower
    525 Okeechobee Boulevard, Suite 1200
    West Palm Beach, Florida 33401-6350
    desau@carltonfields.com
    Telephone: (561) 659-7070

    Hsiang ("James") H. Lin (SBN 241472)
    jlin@techknowledgelaw.com
    TECHKNOWLEDGE LAW GROUP LLP
    1521 Diamond Street

```
                                San Francisco, CA 94131
                                Telephone: (415) 816-9525

                        ATTORNEYS FOR PLAINTIFFS ACER INC.;
                        ACER AMERICA CORPORATION; GATEWAY,
                        INC.; AND GATEWAY U.S. RETAIL, INC., F/K/A
                        EMACHINES, INC.
```

DATED: December 23, 2013          **LATHAM & WATKINS LLP**

By: */s/ Belinda S. Lee*
    BELINDA S. LEE
    505 Montgomery Street, Suite 2000
    San Francisco, CA 94111
    Telephone: (415) 391-0600
    Facsimile: (415) 395-8075
    belinda.lee@lw.com

Counsel for Defendants
*TOSHIBA CORPORATION; TOSHIBA SAMSUNG STORAGE TECHNOLOGY CORP.; TOSHIBA SAMSUNG STORAGE TECHNOLOGY KOREA CORP.; and TOSHIBA AMERICA INFORMATION SYSTEMS, INC.*

DATED: December 23, 2013          **BAKER BOTTS L.L.P.**

By: */s/ John Taladay*
    JOHN TALADAY
    EVAN J. WERBEL
    1299 Pennsylvania Ave NW
    Washington, DC 20004
    Telephone: (202) 383-7199
    Facsimile: (202) 383-6610
    john.taladay@bakerbotts.com
    evan.werbel@bakerbotts.com

Counsel for Defendants
*LITE-ON IT CORPORATION; KONINKLIJKE PHILIPS ELECTRONICS N.V.; PHILIPS & LITE-ON DIGITAL SOLUTIONS CORP.; and PHILIPS & LITE-ON DIGITAL SOLUTIONS USA, INC.*

| | | |
|---|---|---|
| 1 | DATED: December 23, 2013 | **O'MELVENY & MYERS LLP** |
| 2 | | By: */s/ Ian Simmons* |
| | | IAN SIMMONS |
| 3 | | 1625 Eye Street, NW |
| | | Washington, DC 20006 |
| 4 | | Telephone: (202) 383-5106 |
| | | Facsimile: (202) 383-5414 |
| 5 | | isimmons@omm.com |

Counsel for Defendant
*SAMSUNG ELECTRONICS CO, LTD. and SAMSUNG ELECTRONICS AMERICA, INC.*

DATED: December 23, 2013         **JONES DAY**

By: */s/ Eric P. Enson*
   ERIC P. ENSON
   555 South Flower Street, Fiftieth Floor
   Los Angeles, CA 90071
   Telephone: (213) 489-3939
   Facsimile: (213) 243-2539
   epenson@JonesDay.com

Counsel for Defendants
*PIONEER CORPORATION; PIONEER DIGITAL DESIGN & MANUFACTURING COMPANY; PINOEER ELECTRONICS (USA) INC.; PIONEER HIGH FIDELITY TAIWAN CO., LTD.; and PIONEER NORTH AMERICA, INC.*

DATED: December 23, 2013         **BOIES SCHILLER & FLEXNER LLP**

By: */s/ John F. Cove, Jr.*
   JOHN F. COVE, JR.
   1999 Harrison Street, Suite 900
   Oakland, CA 94612
   Telephone: (510) 874-1000
   Facsimile: (510) 874-1460
   jcove@bsfllp.com

Counsel for Defendants
*SONY CORPORATION; SONY ELECTRONICS INC., SONY NEC OPTIARC INC.; SONY OPTIARC AMERICA INC.; AND SONY OPTIARC INC.*

Pursuant to Civil Local Rule 5-1(i)(3), the filer attests that concurrence in the filing of this document has been obtained from the stipulating parties.

\* \* \*

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: 1/3/14

_____
HONORABLE RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

JOINT STIPULATION AND [PROPOSED] ORDER RE EXTENSION OF TIME TO RESPOND TO COMPLAINT AND WAIVER OF SERVICE