Kaiwen Tseng (193756)
ktseng@ftklaw.com
100 Marine Parkway, Suite 200
Redwood Shores, CA 94065
Telephone: (650) 593-6300

Hsiang "James" H. Lin (SBN 241472)
jlin@techknowledgelaw.com
**TECHKNOWLEDGE LAW GROUP LLP**
1521 Diamond Street
San Francisco, CA 94131
Telephone: (415) 816-9525

James B. Baldinger (*pro hac vice*)
jbaldinger@carltonfields.com
David B. Esau (*pro hac vice*)
desau@carltonfields.com
**CARLTON FIELDS, P.A.**
CityPlace Tower
525 Okeechobee Boulevard, Suite 1200
West Palm Beach, Florida 33401-6350
Telephone: (561) 659-7070

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE OPTICAL DISK DRIVE ANTITRUST LITIGATION | Master File No. 3:10-md-2143 RS<br><br>MDL Docket No. M 10-2143 |
| This Document Relates to<br><br>Case No. 5:13-cv-04991-RS<br><br>ACER INC.; ACER AMERICA CORPORATION; GATEWAY, INC.; AND GATEWAY U.S. RETAIL, INC., F/K/A EMACHINES, INC.<br><br>Plaintiffs,<br><br>vs.<br><br>LITE-ON IT CORPORATION; NEC CORPORATION; KONINKLIJKE PHILIPS ELECTRONICS N.V.; PHILIPS & LITE-ON | **STIPULATION AND [PROPOSED] ORDER REGARDING EXTENSION OF TIME TO RESPOND TO COMPLAINT AND WAIVER OF SERVICE**<br><br>Judge Richard Seeborg |

| | |
|---|---|
| 1 | DIGITAL SOLUTIONS CORPORATION; PHILIPS & LITE-ON DIGITAL SOLUTIONS USA, INC.; PIONEER CORPORATION; PIONEER DIGITAL DESIGN & MANUFACTURING COMPANY; PIONEER ELECTRONICS (USA) INC.; PIONEER HIGH FIDELITY TAIWAN CO., LTD.; PIONEER NORTH AMERICA, INC.; SAMSUNG ELECTRONICS AMERICA, INC.; SAMSUNG ELECTRONICS CO., LTD.; SONY CORPORATION; SONY ELECTRONICS INC.; SONY NEC OPTIARC INC.; SONY OPTIARC AMERICA INC.; SONY OPTIARC INC.; TOSHIBA AMERICA INFORMATION SYSTEMS, INC.; TOSHIBA CORPORATION; TOSHIBA SAMSUNG STORAGE TECHNOLOGY CORPORATION; TOSHIBA SAMSUNG STORAGE TECHNOLOGY KOREA CORPORATION, |

Defendants.

WHEREAS, Acer Inc., Acer America Corporation, Gateway, Inc., and Gateway U.S. Retail, Inc. f/k/a EMachines, Inc. ("Acer") filed a complaint on October 25, 2013 (the "Complaint") against the above-named Defendants;

WHEREAS, Acer intends to file an Amended Complaint within approximately the next thirty days;

WHEREAS, Acer wishes to avoid the burden and expense of serving process on foreign entities; and

WHEREAS, Defendant NEC Corporation ("NEC") desires a reasonable amount of time to respond to the Amended Complaint, and wishes to avoid the necessity of responding to the original Complaint;

NOW, THEREFORE, it is stipulated by and between the undersigned parties, by their representative attorneys, that Undersigned Counsel of WINSTON & STRAWN LLP agrees to accept service of the complaint in *Acer* v. *Lite-On IT Corporation, et al*., Case No. 5:13-cv-04991-RS, on behalf of NEC. NEC shall have until Wednesday, March 26, 2014 to file a response to the Complaint. If Acer amends its Complaint, NEC shall have until either 60 days from the date of amendment, or March 26, 2014, whichever is later, to respond to the Amended Complaint. This

-2-
STIPULATION AND [PROPOSED] ORDER RE EXTENSION OF TIME TO RESPOND TO COMPLAINT AND WAIVER OF SERVICE

stipulation does not constitute a waiver by NEC of any defense, including but not limited to those defenses provided under Federal Rule of Civil Procedure 12.

Respectfully submitted,

Dated: December 24, 2013

**CARLTON FIELDS, P.A.**

By: */s/ David B. Esau*
    DAVID B. ESAU (*pro hac vice*)
    CityPlace Tower
    525 Okeechobee Boulevard, Suite 1200
    West Palm Beach, Florida 33401-6350
    desau@carltonfields.com
    Telephone: (561) 659-7070

    Hsiang ("James") H. Lin (SBN 241472)
    jlin@techknowledgelaw.com
    TECHKNOWLEDGE LAW GROUP LLP
    1521 Diamond Street
    San Francisco, CA 94131
    Telephone: (415) 816-9525

*ATTORNEYS FOR PLAINTIFFS ACER INC.; ACER AMERICA CORPORATION; GATEWAY, INC.; AND GATEWAY U.S. RETAIL, INC., F/K/A EMACHINES, INC.*

DATED: December 24, 2013

**WINSTON & STRAWN LLP**

By: */s/ Robert B. Pringle*
    ROBERT B. PRINGLE
    101 California Street, Suite 3900
    San Francisco, CA 94111
    Tel: 415-591-1000
    Fax: 415-591-1400
    rpringle@winston.com

Counsel for Defendant
*NEC CORPORATION*

    Pursuant to Civil Local Rule 5-1(i)(3), the filer attests that concurrence in the filing of this document has been obtained from the stipulating parties.

STIPULATION AND [PROPOSED] ORDER RE EXTENSION OF TIME TO RESPOND TO COMPLAINT AND WAIVER OF SERVICE

1
2      PURSUANT TO STIPULATION, IT IS SO ORDERED.
3
4   DATED: 1/3/14                    _____
5                                    HONORABLE RICHARD SEEBORG
                                     UNITED STATES DISTRICT JUDGE
6
7
8
...
28

-4-
STIPULATION AND [PROPOSED] ORDER RE EXTENSION OF TIME TO RESPOND TO COMPLAINT AND WAIVER OF SERVICE