KAIWEN TSENG (SBN 193756)
HSIANG ("JAMES") H. LIN (SBN 241472)
DAVID V. SACK (SBN 304528)
ERIC SOFGE (SBN 291453)
TECHKNOWLEDGE LAW GROUP LLP
100 Marine Parkway, Suite 200
Redwood Shores, California 94065
Telephone: (650) 517-5200
Facsimile: (650) 226-3133
ktseng@tklg-llp.com
jlin@tklg-llp.com
dsack@tklg-llp.com
esofge@tklg-llp.com

JAMES B. BALDINGER (*Pro Hac Vice*)
DAVID B. ESAU (*Pro Hac Vice*)
CARLTON FIELDS JORDEN BURT, P.A.
CityPlace Tower
525 Okeechobee Boulevard, Suite 1200
West Palm Beach, FL 33401
Telephone: (561) 659-7070
Facsimile: (561) 659-7368
jbaldinger@carltonfields.com
desau@carltonfields.com

Attorneys for Plaintiffs Acer America Corporation, Gateway, Inc., and Gateway U.S. Retail, Inc. f/k/a eMachines, Inc.

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE OPTICAL DISK DRIVE PRODUCTS ANTITRUST LITIGATION | Master File No. 3:10-md-02143-RS<br>MDL No. 2143 |
| This document is related to:<br><br>Case No. 3:13-cv-04991-RS<br><br>ACER AMERICA CORPORATION, et al.<br><br>Plaintiffs,<br><br>vs.<br><br>LITE-ON IT CORPORATION, et al.,<br><br>Defendants. | [~~PROPOSED~~] **ORDER FOR ISSUANCE OF LETTERS ROGATORY**<br><br>Hon. Joseph C. Spero |

TECHKNOWLEDGE
LAW GROUP LLP
ATTORNEYS AT LAW
REDWOOD SHORES

ORDER FOR ISSUANCE OF LETTERS ROGATORY
CASE NO. 3:13-CV-4991-RS
MDL NO. 3:10-MD-2143-RS

1  This matter came before the Court pursuant to 28 U.S.C. § 1781 and Fed. R. Civ. P. 28(b). Having considered the motion by plaintiffs Acer America Corporation, Gateway, Inc., and Gateway U.S. Retail, Inc. f/k/a eMachines, Inc. ("Plaintiffs") for issuance of three Letters Rogatory for the purpose of obtaining relevant discovery from foreign third-parties Compal Electronics, Inc., Pegatron Corporation, and Yosun Industrial Corporation, and good cause appearing therefor,

IT IS HEREBY ORDERED THAT Plaintiffs' request for issuance of the Letters Rogatory is GRANTED.

Dated: February 11, 2016

Joseph C. Spero
United States Magistrate Judge

TechKnowledge
Law Group LLP
Attorneys At Law
Redwood Shores

- 2 -

ORDER FOR ISSUANCE OF LETTERS ROGATORY
CASE NO. 3:13-CV-4991-RS
MDL NO. 3:10-MD-2143-RS